UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD C. FOX, JR.,

        Plaintiff,

-vs-                                           Case No.   2:10-cv-289-FtM-36SPC

NELSON & ASSOCIATES, INC., doing business
as Woodside Villas,

        Defendants.
_____

## ORDER

      This matter comes before the Court on the Unopposed Motion for Alternate Mediator (Doc. #24) filed on January 18, 2011.  The Plaintiff moves the Court for permission to utilize a mediator that was not originally selected and listed on the Case Management and Scheduling Order.  As grounds, Counsel indicates the selected mediator is unavailable to conduct the mediation conference prior to the lapse of the deadline. As a result, the parties agreed to secure the services of an alternate mediator.  The services of Jill Schwartz, Esq., have been retained and mediation is scheduled to February 2, 2011 at 10:30 A.M.  Having considered the motion, the Court finds good cause and will grant the relief requested.  Accordingly, it is now

      **ORDERED:**

The Unopposed Motion for Alternate Mediator (Doc. #24) is **GRANTED**.

      **DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record